

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 9:17-PO-5068-JCL |
| | CVB Violation No: |
| Plaintiff, | FBDW0093 |
| vs. | |
| | ORDER ACCEPTING |
| MEGAN L. WASHBURN, | PLEA LETTER |
| Defendant. | |

Plaintiff's counsel, Tom Bartelson, Assistant U.S. Attorney, submitted a letter to the Court dated June 12, 2017, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $180.00 to $90.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $90.00, which has been paid in full ($90.00 MTX9-11170).

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant at 2804 Bancroft, Missoula, MT 59801.

ORDER ACCEPTING PLEA LETTER - Page 1

CVB is directed to enter **PF** as the disposition.

DATED this 10th day of August, 2017.

*Jeremiah C Lynch*
Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB